No. 25-40135

# In the
# United States Court of Appeals
# for the Fifth Circuit

————————————————

KEALANI DISTRIBUTION, L.L.C.; UNITED STATES VAPING
ASSOCIATION, INCORPORATED; DIAMOND VAPOR, L.L.C.;
JOHNNY COPPER, L.L.C.; SWT GLOBAL SUPPLY,
INCORPORATED; CAROLINA VAPOR MILL, L.L.C.; CAROLINA
VAPOR MILL WOODRUFF ROAD; CVM3, L.L.C.,
*Plaintiffs-Appellants/Cross-Appellees,*

v.

FOOD & DRUG ADMINISTRATION; MARTY MAKARY,
COMMISSIONER OF FOOD AND DRUGS; ROBERT F. KENNEDY,
JR., SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
*Defendant-Appellee/Cross-Appellant.*

————————————————

On Appeal from the United States District Court
for the Eastern District of Texas, Sherman Division

————————————————

## UNOPPOSED MOTION FOR LEVEL ONE EXTENSION OF TIME

————————————————

Jerad Wayne Najvar
CHALMERS, ADAMS, BACKER & KAUFMANN, LLC
2180 North Loop West, Ste. 255
Houston, Texas 77018
(281) 404-4696 – Telephone
jnajvar@chalmersadams.com
*Counsel for Appellants*

## MOTION FOR EXTENSION OF TIME

Appellants respectfully request a seven-day extension of the deadline for their reply brief, which is currently due on July 23, 2025, which would result in a new deadline of July 30.  Counsel for Appellees have advised that Appellees are unopposed to the proposed extension

The extension request has been necessitated by personal obligations that have interrupted counsel's availability within the last seven days before the deadline.  *See* 5th Cir. R. 31.4.1(a); 31.4.2.  As explained in the motion to extend the deadline for Appellants' opening brief, counsel and his wife are sharing responsibilities caring for their now 22-month-old toddler and five-month-old infant, and the infant has still not achieved a regular sleep routine (he sleeps no more than 1-2 hours at a time, day and night).  This has severely affected counsel's work availability.  Still, he anticipated being able to complete the reply by the original deadline until the individual who has been hired to help with the children and other chores at home called in sick this Tuesday and Wednesday (July 22 and 23).  Counsel had been working deliberately on the reply and budgeted this Monday-Wednesday to focus on it solely and complete it.  But lacking any help at home July 22 and 23 has meant very little time available for work.  This interruption was unexpected and unavoidable.

Undersigned counsel is the only attorney in his firm with knowledge of this matter, having litigated it in the district court, and is handling the briefing himself. This is a temporary situation related to the acute childcare needs for an infant whose sleep has not regularized; if counsel were in a position to take advantage of parental leave, he would have done so earlier, but as the only attorney with experience in this matter, leave has not been an option. Counsel is left to respectfully request the indulgence of the Court.

The extension would serve the interests of both parties and of the Court by permitting time to ensure that the issues are properly presented for efficient consideration.

## CONCLUSION

Appellants respectfully request that the Court extend the deadline for their reply brief by seven days, to July 30, 2025.

Respectfully submitted,

*/s/ Jerad Wayne Najvar*
Jerad Wayne Najvar
Tex. Bar No. 24068079
jnajvar@chalmersadams.com
CHALMERS, ADAMS, BACKER &
KAUFMAN LLC
2180 North Loop West, Ste. 255
Houston, Texas 77018
[Tel.] (281) 404-4696
*Attorney for Plaintiffs-Appellants*

3

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court in electronic format through the CM/ECF system, on July 23, 2025. A copy of the document was served on counsel of record through the CM/ECF system on the same date.

*/s/ Jerad Wayne Najvar*
Jerad Wayne Najvar

## CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of FED. R. APP. P. 27(d)(2) because, excluding accompanying documents authorized by FED. R. APP. P. 27(a)(2)(B), if any, this document contains 361 words.

2. This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because it has been prepared in proportionately spaced typeface using Microsoft® Word 2016 in 14-point Century Schoolbook type.

*/s/ Jerad Wayne Najvar*
Jerad Wayne Najvar